**1**

Eric J. Nims (SBN: 191177)
Chapter 7 Trustee
P.O. BOX 873
LINDEN, CA 95236
Tel: (209) 887-3585
Fax: (209) 887-3585

FDIS

FILED

AUG 1 7 2015

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### (Sacramento Division)

| | |
|---|---|
| In Re: | Case No: 13-24251-D-7 |
| HAMILTON, LARRY MARVIN | Chapter 7 Case |
| HAMILTON, LAURA BURCIO | |
| | **Notice of Unclaimed Dividend** |
| Debtors. | |

Please find submitted herewith check #300008 in the sum of $ 5,197.18 representing the total amount of unclaimed dividend (s) in the above-entitled estate.

#1

Carolyn Benge
C/O Herman Franck
1801 7th Street #150
Sacramento, Ca 95811

$ 5,197.18

Dated: 8-11-15

_____
Eric J. Nims
Chapter 7 Trustee